# FINKELSTEIN FILLER, LLP
*Attorneys at Law*

666 Fifth Avenue, 15th Floor  
New York, New York 10103  
917-846-9349  
Edward.Finkelstein@efmflaw.com

**MAILING ADDRESS**  
1610 Richmond Road  
Staten Island, New York 10304  
718-981-2500 Ext. 241  
Facsimile 212-320-0345

October 25, 2019

**BY ECF**  
Hon. Raymond J. Dearie  
United States District Court Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re:    *Windward Bora, LLC v. Jain, et al.*  
                  18-CV-1844 (RJD) (JO)

Dear Judge Dearie:

      We represent Defendant PCN, LLC ("PCN"). Pursuant to the September 20, 2019 Order, we are providing the status of discovery in Plaintiff's State Court Expungement Action. At Plaintiff's request, the preliminary conference (at which a discovery schedule will be set up) was adjourned from September 24, 2019 to October 30, 2019. Additionally, PNC Bank, the entity that filed the satisfaction or mortgage, appeared and has until October 31, 2019 to respond PCN's cross-claims in the State Court Expungement Action. Given the foregoing, it is respectfully suggested that the next status report be required on or about December 13, 2019.

      Thank you for your consideration.

      Respectfully submitted,

*Edward R. Finkelstein*

Edward R. Finkelstein

cc: Danielle P. Light, Esq. (BY ECF)  
    Thomas R. Dominczyk, Esq. (BY ECF)