

Shauna M. Deluca, Esq.
450 Seventh Ave, Suite 1408
New York, New York 10123
T. 212.643.6677
F. 347.491.4048
E. sdeluca@hasbanilight.com

November 11, 2022

**VIA CM/ECF**
The Honorable Judge Raymond J. Dearie
United States District Court
Eastern District of New York – Brooklyn Division
225 Cadman Plaza East
Brooklyn, New York 11201

   **RE:**  *Windward Bora, LLC v. Divya Jain, et al.*
       Case No.: 1:18-cv-01844-RJD-RML

Dear Judge Dearie,

  We represent the Plaintiff, Windward Bora LLC ("Windward Bora" or "Plaintiff") in the above-referenced matter. We write to provide Your Honor with an update on the parties efforts toward selection of a mediator.

  On October 26, 2022, the Plaintiff and defendant, PCN, LLC ("PCN" or "Defendant") were referred to mediation pursuant to the Court's Order Referring this Case to Mediation (the "Mediation Order"). Pursuant to the Mediation Order, the parties were to select a mediator by November 9, 2022 (the "Selection of Mediator"). Plaintiff and Defendant have mutually agreed on a mediator which they feel will best represent their objectives, however the parties are awaiting a response from said mediator to confirm their willingness and availability to do so.

  We do apologize for the delay in filing the Selection of Mediator and hope to have this completed by the earlier half of next week. Based upon the foregoing, we respectfully request a one (1) week extension to complete the Selection of Mediator. We thank the Court in advance for its time, patience, and consideration in this matter. Please do not hesitate to reach out if you have any questions or concerns.

                 Respectfully,

                 */s/ Shauna M. Deluca*
                 Shauna M. Deluca, Esq.
                 Attorneys for *Plaintiff, Windward Bora, LLC*
                 Email: sdeluca@hasbanilight.com